135 P.3d 156

# SUPREME COURT OF HAWAI'I

**May 25, 2006**

| 25530 | State v. Ayres | Affirmed |

**May 31, 2006**

| 26151 | State ex rel. Knapp v. AES Corp. | Affirmed |